### SCHACKLE v. FOGLE et al.

(Court of Civil Appeals of Texas. Austin. Nov. 19, 1913. Rehearing Granted Dec. 24, 1913.)

APPEAL AND ERROR (§ 1127*)—AFFIRMANCE ON MOTION.

The Court of Civil Appeals has no jurisdiction to affirm on certificate, where the certificate of the clerk is not accompanied by a copy of the appeal bond, though the clerk certifies that such bond was given.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 4432–4440; Dec. Dig. § 1127.*]

Appeal from District Court, Caldwell County.

Action between Jacob Schackle and C. E. Fogle and others. From the judgment, Schackle appeals. A motion to affirm on certificate was overruled, and the appellee thereafter filed an amended motion to affirm accompanied by a copy of the appeal bond, on which motion the judgment was affirmed.

E. B. Coopwood and T. B. Monroe, both of Lockhart, for the motion.

KEY, C. J. Appellees have filed in this court a motion to affirm on certificate. The motion is accompanied by a certificate of the clerk containing a copy of the judgment and order of the court overruling the motion for new trial, and reciting the fact that notice of appeal was given, but no copy of the appeal bond has been sent up. However, the clerk has certified that an appeal bond has been filed and approved.

Nine years ago, in Supreme Council v. Anderson, 36 Tex. Civ. App. 615, 83 S. W. 207, following decisions of the Supreme Court in House v. Williams, 40 Tex. 351, and H. & T. C. Ry. Co. v. Greenwood, Id. 362, this court held that, in order to confer jurisdiction and

authorize an affirmance upon certificate, a certified copy of the bond, in cases where an appeal bond was required, should be sent up with the motion to affirm; and since that time the ruling there made has been adhered to by this court. If the clerk's statement that an appeal bond has been given is sufficient, then the same effect ought to be given to his certificate, stating that a judgment had been rendered; but the contrary was held in the cases cited.

In addition to the question of the lack of jurisdiction, we think it a sound rule of practice to require a copy of the appeal bond to be sent up, in order that judgment for costs in this court may be rendered against the sureties on such bond. It is nothing but fair to require this to be done as a protection to the officers of this court. Therefore, because no copy of the appeal bond has been brought up, the motion to affirm on certificate is overruled.

Motion overruled.